United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARMAN LAHIJANI, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| U.S. BANK TRUST NATIONAL | § CIVIL ACTION NO. H-25-5366 |
| ASSOCIATION, as Trustee for | § |
| LSF9 Master Participation | § |
| Trust, and SELECT PORTFOLIO | § |
| SERVICING, INC., | § |
| | § |
| Defendants. | § |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendants' Rule 12(c) Dismissal Motion, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 17th day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE